| | | | |
|---|---|---|---|
| Case No. | CV 17-2995 FMO (JCx) | Date | May 1, 2017 |
| Title | Deutsche Bank National Trust Company v. Doug Duncan | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): | |
| None Present | None Present | |

**Proceedings:** (In Chambers) Order Re: Referral to Bankruptcy Court, Central District of California

The court is in receipt of defendant / debtor Doug Duncan's Notice of Removal (Dkt. 1), which removes the underlying unlawful detainer action pursuant to 28 U.S.C. §§ 1334 & 1452. (See Dkt. 1, Notice of Removal at ¶¶ 6-7). Pursuant to 28 U.S.C. § 157(a) and General Order 13-05, IT IS ORDERED that the entire matter is referred for all further proceedings to the Bankruptcy Court for the Central District of California, as it is related to a currently pending bankruptcy proceeding, In re Doug Duncan, Case No. BK 17-12364 (Bankr. C.D. Cal.). The Clerk shall serve a copy of this Order to the Bankruptcy Clerk of Court and the assigned Bankruptcy Judge.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |